PROMINENT FOLDING BOX COMPANY, INC., Respondent,
*v.* RICH & MCLEAN, INC., Appellant.

(Argued April 3, 1930; decided May 6, 1930.)

*John T. Loughran* for appellant.

*Eugene L. Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.